■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GROSSMAN, Appellant. [924 NYS2d 909]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.),

entered February 22, 2010. The order denied defendant's petition to modify the determination that he is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order denying his petition pursuant to Correction Law § 168-*o* (2) seeking to modify the prior determination that he is a level three risk pursuant to the Sex Offender Registration Act (§ 168 *et seq.*). As County Court properly determined, "defendant failed to meet his 'burden of proving the facts supporting the requested modification by clear and convincing evidence'" (*People v Higgins*, 55 AD3d 1303 [2008], quoting § 168-*o* [2]; *see People v McCollum*, 83 AD3d 1504 [2011]; *People v Cullen*, 79 AD3d 1677 [2010], *lv denied* 16 NY3d 709 [2011]). Present—Scudder, P.J., Smith, Carni, Sconiers and Green, JJ.